SCANLON, Appellant, v. VILLAGE OF WEEDSPORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by John Scanlon against the village of Weedsport.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to set aside the verdict denied, with $10 costs. The defendant, because of its proceedings taken by it subsequent to the rendition of said verdict, and of its delay in making said motion, waived and lost its right, if it had any, to have said verdict set aside.

---

SCHAEFER, Respondent, v. SCHAEFER, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Edmund Schaefer against George F. Schaefer. No opinion. Judgment affirmed, with costs.

---

In re SCHENECTADY RY. CO. (Supreme Court, Appellate Division, Third Department. March 11, 1902.) In the matter of the application of the Schenectady Railway Company for the appointment of three commissioners to determine whether an extension or branch of its railroad ought to be constructed and operated, etc., in the town of Glenville, Schenectady county. No opinion. Application granted. Hon. Samuel Edwards, Jeremiah Day, of Catskill, N. Y., and Peter Walker, of Dunsville, N. Y., appointed commissioners.

---

SCHLESINGER, Appellant, v. JUD, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Samuel Schlesinger against Joseph Jud. No opinion. Judgment of the municipal court affirmed, with costs.

---

SCHLUCHTNER, Respondent, v. STERNGLANZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Frederick Schluchtner against Jacob Sternglanz and another. No opinion. Judgment of the municipal court affirmed, with costs.

---

SCHIECK v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Christian Schieck, Jr., against the Metropolitan Street Railway Company. Judgment for plaintiff, and defendant appeals. Affirmed. The verdict was for $5,406.78, and the doctor's bill was $3,000. T. H. Lord, for appellant. Ernest Hall, for respondent.

PER CURIAM. We are of the opinion that this judgment could have been affirmed, without an opinion, as the damages were in no way excessive, and there is nothing in the case which needs discussion. were it not for the enormous bill, sworn to by one of the physicians who treated the plaintiff, which we cannot allow to pass without criticism. It might be claimed that a simple affirmance of the judgment, we holding that the damages were not excessive,

was in some respects an indorsement of the grossly excessive charges made by this physician. It is very evident from the nature of their verdict that the jury in no way intended to countenance such exorbitant charges, as they would be leaving almost nothing to the plaintiff for the serious injuries which he sustained, if such charges were to be deducted from the amount of their verdict. The judgment and order should be affirmed, with costs.

---

SCHKOLNIK v. FEY. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Isaac Schkolnik against Jacob Fey. No opinion. Motion granted, with $10 costs.

---

SCHWAB, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Jessie Schwab against the city of New York. C. Goldzier, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs.

---

SCHWARTZ, Appellant, v. BUFFALO RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Joseph Schwartz against the Buffalo Railway Company. No opinion. Judgment affirmed, with costs.

---

SCHWARZSCHILD & SULZBERGER BEEF CO., Respondent, v. WINNEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by the Schwarzschild & Sulzberger Beef Company against Hiram R. Winney. No opinion. Judgment and order affirmed, with costs.

---

SECOND NAT. BANK OF UTICA, N. Y., Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by the Second National Bank of Utica, N. Y., against Solomon A. Campbell. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re SEWARD PARK. (Supreme Court, Appellate Division, First Department. March 14, 1902.) In the matter of Seward Park. No opinion. Motion for reference granted.

---

SHELDERBERG, Appellant, v. VILLAGE OF TONAWANDA, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Mary Shelderberg against the village of Tonawanda. No opinion. Judgment and order affirmed, with costs. All concur, except HISCOCK and DAVY, JJ., dissenting upon the ground that the evidence warranted the submission to the jury of the questions of defendant's negligence and plaintiff's freedom from contributory negligence.

---

SHERMAN, Respondent, v. CORN, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Herbert A. Sherman against Henry Corn. No opinion. Judgment affirmed, with costs.